No. 1014. RAYNER v. UNITED NORTH & SOUTH DEVELOPMENT CO. May 4, 1942.

No. 1024. TAMPAX INCORPORATED ET AL. v. PERSONAL PRODUCTS CORP. ET AL. May 4, 1942.

No. 523. WEBER v. UNITED STATES. May 4, 1942. Petition for rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. 315 U. S. 787.

No. 712. NICK ET AL. v. UNITED STATES. May 4, 1942. The motion for leave to file a second petition for rehearing is granted. The second petition for rehearing is denied.

No. 286. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. SOUTHWEST CONSOLIDATED CORP. May 11, 1942. The motion for leave to file a second petition for rehearing is granted. The second petition for rehearing is denied. 315 U. S. 194, 829.

No. 745. SCHENECTADY UNION PUBLISHING CO. v. SWEENEY. May 11, 1942. Petition for rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. 314 U. S. 605.

No. 1042. NAILLING v. UNITED STATES. May 11, 1942.

No. 1014. RAYNER v. UNITED NORTH & SOUTH DEVELOPMENT CO.; and